STUART T. BARASCH, ESQ.
Of Counsel, Olinsky Law Group
P.O. Box 961718
El Paso, TX 79996
Telephone: (213) 621-7622
Facsimile: (213) 621-2536
Email: Stuartbarasch@gmail.com
Attorney for Plaintiff, Sergio Martin

NICOLA T. HANNA. ESQ.
United States Attorney
DAVID M. HARRIS, ESQ.
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM, ESQ.
Assistant United States Attorney
IN SEON JEONG
Special Assistant United States Attorney
Social Security Administration
160 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: (415) 977-8984
Email: inseon.jeong@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA-RIVERSIDE DIVISION

| | |
|---|---|
| LATOSHA LATRICE NOWDEN,<br><br>             Plaintiff,<br><br>      -v-<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>             Defendant. | CASE NO.: 5:18-cv-02475-SP |

1

# ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412 (d)

Before the Court is the Stipulation of Plaintiff, Latosha Latrice Nowden, for award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Based on the pleadings as well as the position of the defendant commissioner, if any, and recognizing the Plaintiff's waiver of direct payment and assignment of EAJA to her counsel,

IT IS HEREBY ORDERED that attorney fees and expenses in the amount of Six Thousand Dollars ($6,000.00) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) are awarded to Plaintiff. Astrue v. Ratliff, 130 S.Ct. 2521 (2010).

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees, expenses, and costs shall be made payable to Plaintiff's attorney's Law Firm Olinsky Law Group.

Whether the check is made payable to Plaintiff or to Olinsky Law Group, the check shall be mailed to the following address:

**Olinsky Law Group
250 S Clinton St Ste 210
Syracuse, NY 13202**

So ordered.

Date: July 29, 2020                    _____

                                        Sheri Pym
                                        United States Magistrate Judge